

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00627-CV

Harold D. **BARNES**,
Appellant

v.

Etienne B. **ETCHOUEKANG**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV03731
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Delivered and Filed: October 23, 2024

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final appealable order on July 18, 2024. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due by August 19, 2024. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due by September 2, 2024. *See* TEX. R. APP. P. 26.3.

Appellant filed his notice of appeal on September 13, 2024. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal was untimely filed, on September 24, 2024, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See id*. In our order, we noted that if appellant failed to adequately respond by October 4, 2024, this appeal would be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. Appellant did not respond to our September 24, 2024, order. We dismiss this appeal for lack of jurisdiction.

PER CURIAM